

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| EDGAR T. RODRIGUEZ,<br><br>    Plaintiff,<br>    v.<br><br>TIMOTHY HUNT; MARK HUBBARD; FAITH MCCREADY; CITY OF EUGENE,<br><br>    Defendants. | Civ. No. 6:18-cv-01640-AA<br><br>**VERDICT** |

AIKEN, District Judge.

   We the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously find as follows:

**Plaintiff's Fourth Amendment Excessive Force Claim**

1. Did Plaintiff prove by a preponderance of the evidence that Defendant Timothy Hunt used excessive force against him?

    Yes _____    No __X__

2. Did Plaintiff prove by a preponderance of the evidence that Defendant Mark Hubbard used excessive force against him?

    Yes _____    No __X__

*If you answered "Yes" to Question 1 and/or Question 2, please proceed to Question 3.*

*If you answered "No" to both Question 1 and Question 2, please proceed to Question 5.*

3. What do you award as economic damages, if any, for Plaintiff's excessive force claim?

   $_____

4. What do you award as non-economic damages, if any, for Plaintiff's excessive force claim?

   $_____

*Please proceed to Question 5.*

**Plaintiff's State Law Claims**

5. Did Defendants prove by a preponderance of the evidence that Plaintiff was committing attempted assault in the first degree as described in the jury instructions and that conduct was a substantial factor contributing to Plaintiff's injuries?

   Yes_____   No__✗__

*If your answer to Question 5 is "Yes," then you have completed this verdict form. The presiding juror should sign the verdict form and notify the bailiff that you have reached a verdict. If your answer to Question 5 is "No," please proceed to Question 6.*

**Plaintiff's Claim for Battery**

6. Did Plaintiff prove by a preponderance of the evidence that Defendant City of Eugene, through the actions of one or more of its police officers committed a battery against him without justification?

   Yes____    No _X_

*If your answer to Question 6 is "Yes," please proceed to Question 7. If your answer to Question 6 is "No," please proceed to Question 9.*

7. What amount of economic damages, if any, do you award for Plaintiff's battery claim?

   $_____

8. What amount of non-economic damages, if any, do you award for Plaintiff's battery claim?

   $_____

*Please proceed to Question 9.*

**Plaintiff's Claim for Negligence**

9. Did Plaintiff prove by a preponderance of the evidence that Defendant City of Eugene, through its actions or through the actions of any of the City of Eugene's employees, was negligent in one or more of the ways Plaintiff claims caused him damage?

   Yes _X_    No____

*If your answer to Question 9 is "Yes," please proceed to Questions 10 and 11. If your answer to Question 9 is "No," then you have completed the verdict form. The presiding*

*juror should sign the verdict form and notify the bailiff that you have reached your verdict.*

10. Did Defendants prove by a preponderance of the evidence that Plaintiff was negligent in one or more of the ways Defendants claim caused Plaintiff damage?

Yes_X_   No_____

*If your answer to Question 10 is "Yes," please proceed to Question 11. If your answer to Question 10 is "No," please proceed to Question 12.*

11. What is the percentage of each party's negligence that caused Plaintiff's damage? In answering this question, please ensure that the sum of all the percentages is 100%.

| | |
|---|---|
| Defendant Timothy Hunt | _10_ % |
| Defendant Mark Hubbard | _10_ % |
| Defendant City of Eugene | _20_ % |
| Plaintiff Edgar Rodriguez | _60_ % |

*If Plaintiff's percentage of fault is 50% or less, then your verdict is for Plaintiff on the claim for negligence and you should proceed to Question 12. If Plaintiff's percentage of fault is greater than 50%, then your verdict on this claim is for Defendants and you have completed this verdict form. The presiding juror should sign the verdict form and notify the bailiff that you have reached your verdict.*

*In answering Question 12 and Question 13, do not reduce the damages by Plaintiff's percentage of negligence.*

Page 4 –VERDICT

12. What amount of economic damages, if any, do you award for Plaintiff's negligence claim?

    $_____

13. What amount of non-economic damages, if any, do you award for Plaintiff's negligence claim?

    $_____

*Your presiding juror should sign the verdict form and alert the bailiff that you have reached a verdict.*

DATED this 1st day of October, 2025.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Presiding Juror