**Ben Miller, OSB #074690**
BMiller@eugene-or.gov
Eugene City Attorney's Office
500 East 4th Avenue, Suite 301
Eugene, OR 97401
Telephone: (541) 682-8447
Facsimile: (541) 682-5414
**Erik V. Hasselman, OSB #945106**
Evh@emeraldlaw.com
Hasselman Law, LLC
188 W B Street, Building N
Springfield, OR 97477
Telephone: (541) 746-9621

Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **EDGAR T. RODRIGUEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMOTHY HUNT**, an individual,<br>**MARK HUBBARD**, an individual,<br>**FAITH MCCREADY**, an individual,<br>and **CITY OF EUGENE**, a municipal corporation,<br><br>Defendants. | Case No. 6:18-cv-01640-AA<br><br>**DEFENDANTS' BILL OF COSTS** |

 Defendants Timothy Hunt, Mark Hubbard, Faith McCready, and City of Eugene ("Defendants") request taxable costs in accordance with the Judgment entered in this matter on November 21, 2025, in favor of defendants and against plaintiff. Defendants seek costs in the amount of $19,094.12 pursuant to 28 U.S.C. § 1920. Defendants' costs are detailed as follows. Defendants also rely on the Memorandum in Support of Defendants' Bill of Costs and the Declaration of Ben Miller in support of Defendants' Bill of Costs.

Page 1 – DEFENDANTS' BILL OF COSTS

## ITEMIZATION OF COSTS

1. **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case.**

| DATE | SERVICE | AMOUNT |
|---|---|---|
| August 25, 2020 | Deposition of Mark Hubbard.<br><br>Certified Copy of Original Transcript (Invoice No 112991) | $237.30 |
| August 25, 2020 | Deposition of Timothy Hunt.<br><br>Certified Copy of Original Transcript (Invoice No 112991) | $157.50 |
| February 13, 2023 | Deposition of Rob Griesel.<br><br>Certified Copy of Original Transcript and Exhibits Cost  (Invoice No 118128) | $173.80<br>$15.00 |
| February 13, 2023 | Deposition of Matthew Pizzola.<br><br>Certified Copy of Original Transcript (Invoice No 118128) | $129.80 |
| February 13, 2023 | Deposition of Samuel Stotts.<br><br>Certified Copy of Original Transcript (Invoice No 118128) | $162.80 |
| February 14, 2023 | Deposition of Michael Cook.<br><br>Certified Copy of Original Transcript (Invoice No 118093) | $140.80 |
| February 21, 2023 | Deposition of Pete Kerns.<br><br>Certified Copy of Original Transcript and Exhibits Cost (Invoice No 118161) | $360.80<br>$18.00 |
| February 21, 2023 | Deposition of Faith McCready.<br><br>Certified Copy of Original Transcript (Invoice No 118161) | $158.40 |
| March 2, 2023 | Deposition of Sam Kamkar.<br><br>Certified Copy of Original Transcript (Invoice No 118218) | $215.60 |

| | | |
|---|---|---|
| March 2, 2023 | Deposition of Michael Klews.<br><br>Certified Copy of Original Transcript (Invoice No 118218) | $149.60 |
| March 3, 2023 | Second Deposition of Mark Hubbard.<br><br>Certified Copy of Original Transcript (Invoice No 118222) | $96.80 |
| March 3, 2023 | Second Deposition of Timothy Hunt.<br><br>Certified Copy of Original Transcript and Exhibits Cost (Invoice No 118222) | $83.60<br>$14.00 |
| April 14, 2023 | Deposition of Edgar Rodriguez.<br><br>Original Transcript, Reporter's Appearance Fee, Surcharge for Video, Videographer's Appearance Fee (Invoice No 118404) | $3,268.80 |
| April 17, 2023 | Deposition of Ryan Molony (30b6).<br><br>Certified Copy of Original Transcript (Invoice No 118470) | $138.60 |
| April 17, 2023 | Deposition of Ryan Molony.<br><br>Certified Copy of Original Transcript (Invoice No 118470) | $99.00 |
| April 17, 2023 | Deposition of Doug Mozan (30b6).<br><br>Certified Copy of Original Transcript (Invoice No 118470) | $48.40 |
| April 17, 2023 | Deposition of Doug Mozan.<br><br>Certified Copy of Original Transcript (Invoice No 118470) | $129.80 |
| April 17, 2023 | Deposition of Jenye Reynolds (30b6).<br><br>Certified Copy of Original Transcript (Invoice No 118470) | $41.80 |
| April 26, 2023 | Deposition of Cale Day.<br><br>Certified Copy of Original Transcript (Invoice No 118490) | $184.80 |

| April 26, 2023 | Deposition of Andy Kenyon.<br><br>Certified Copies and Original Transcript and Exhibits Cost (Invoice No 118490) | $178.20<br>$14.00 |
|---|---|---|
| July 17, 2023 | Second Deposition of Edgar Rodriguez.<br><br>Original Transcript, Reporter's Appearance Fee, Videographer's Appearance Fee, and Surcharge for Video (Invoice No 118903) | $731.65 |
| July 24, 2023 | Deposition of Gabriella Rodriguez.<br><br>Reporter's Appearance Fee, Recording Platform, Computer Setup Fee (Invoice No 118838) | $345.00 |
| July 24, 2023 | Deposition of Gabriella Rodriguez.<br><br>Certified Copy of Original Transcript (Invoice No 119999) | $60.75 |
| September 5, 2025 | Expedited Transcript of Pretrial Conference.<br><br>(Invoice No 178-25) | $389.20 |
| September 27, 2025 | Transcription of daily rough draft transcripts for Proceedings held September 22-26, 2025. | $7,420.50 |
| September 30, 2025 | Transcription of daily rough draft transcripts for Proceedings held September 29-30, 2025. | $2,040.00 |

**Total Deposition and Transcript Costs  ..........................................$17,204.30**

2. **Fees and disbursements for printing and witnesses.**

| DATE | SERVICE | AMOUNT |
|---|---|---|
| April 24, 2023 | Subpoena Duces Tecum to Oregon State University. | $105.50 |
| April 24, 2023 | Subpoena Duces Tecum to Eugene School District 4J. | $41.97 |
| May 19, 2023 | Subpoena Duces Tecum to Gabby Rodriguez. | $43.93 |
| May 19, 2023 | Subpoena Duces Tecum to Willow Hillman, LLC. | $40.66 |

| May 19, 2023 | Subpoena Duces Tecum to Law Office of Laura A. Fine. | $40.66 |
| --- | --- | --- |
| July 7, 2023 | Subpoena to Appear and Testify at a Deposition to Gabby Rodriguez. | $40.00 |
| July 21, 2023 | Subpoena Duces Tecum to Jordon Howell. | $93.66 |
| July 21, 2023 | Subpoena Duces Tecum to Kayden Rodriguez. | $34.93 |
| July 21, 2023 | Subpoena Duces Tecum to Libieri Rodriguez. | $118.60 |
| July 21, 2023 | Subpoena Duces Tecum to Maritza Rodriguez. | $34.93 |
| July 21, 2023 | Subpoena Duces Tecum to Maximino Rodriguez. | $134.32 |
| July 21, 2023 | Subpoena Duces Tecum to Juan Rodriguez, Jr. | $46.55 |
| April 22, 2025 | Trial Subpoena to Appear and Testify at Trial to Doctor Rex Turner. | $49.80 |
| April 22, 2025 | Trial Subpoena to Appear and Testify at Trial to David Strain, LCSW. | $42.80 |
| May 20, 2025 | Trial Subpoena to Appear and Testify at Trial to Cale Day. | $124.00 |
| August 20, 2025 | Trial Subpoena to Appear and Testify at Trial to Doctor Rebecca Palmer. | $43.50 |
| August 20, 2025 | Trial Subpoena to Appear and Testify at Trial to Doctor Graham Becherer-Bailey. | $43.50 |
| September 23, 2025 | Trial Subpoena to Appear and Testify at Trial to Kira Stanley. | $40.70 |
| October 1, 2025 | Trial Subpoena to Appear and Testify at Trial to Missy Cole. | $385.80 |

**Total Witness Costs** ....................................................................... **$1,505.81**

/ / /

/ / /

/ / /

3. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.

| DATE | SERVICE | AMOUNT |
|---|---|---|
| September 19, 2025 | Photo Enlargements for Trial Exhibit 201. | $169.90 |
| September 26, 2025 | Photo Enlargements for Trial Exhibit 239. | $214.11 |

**Total Exemplification Costs**............................................................$384.01

**Total Costs** ....................................................................................$19,094.12

I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

DATED this 5th day of December, 2025.

**CITY OF EUGENE**

By:     s/ Ben Miller
      Ben Miller, OSB #074690
      BMiller@eugene-or.gov
      Telephone: (541) 682-8447
      Facsimile:  (541) 682-5414
      Erik V. Hasselman, OSB #945106
      Hasselman Law, LLC
      Evh@emeraldlaw.com
      Telephone: (541) 746-9621

Of Attorneys for Defendants

---

Taxation of Costs

Costs are taxed in the amount of $_____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*                     *Deputy Clerk*                        *Date*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of December, 2025, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' BILL OF COSTS** on the party or parties listed below as follows:

| | |
|---|---|
| _X_ | Via CM / ECF Filing |
| ____ | Via First Class Mail, Postage Prepaid |
| ____ | Via Email |
| ____ | Via Personal Delivery |

| | |
|---|---|
| Willow Hillman<br>44 W Broadway, Suite 222<br>Eugene, OR 97401 | Derek Larwick<br>Keith Reed<br>1190 W 7th Avenue<br>Eugene, OR 97402 |
| Attorney for Plaintiff | Attorneys for Plaintiff |

**CITY OF EUGENE**

By: _s/ Ben Miller_
Ben Miller, OSB #074690
BMiller@eugene-or.gov
Telephone: (541) 682-8447
Facsimile: (541) 682-5414
Erik V. Hasselman, OSB #945106
Hasselman Law, LLC
Evh@emeraldlaw.com
Telephone: (541) 746-9621

Of Attorneys for Defendants

CERTIFICATE OF SERVICE