Willow Hillman, OSB No. 153514
willow@willowhillmanlaw.com
Law Office of Willow Hillman, LLC
44 W Broadway Ste 222
Eugene, OR 97401
Phone: 541-735-3678
Fax:  541-485-7152

Derek Larwick, OSB No. 120334
Email: derek@larwick.com
Larwick Law Firm, PC
1190 West 7th Avenue
Eugene, OR 97402
Phone: 541-600-4598
Fax: 541-600-4598
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| EDGAR RODRIGUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>TIMOTHY HUNT, an individual, MARK HUBBARD, an individual, FAITH McCREADY, an individual, and CITY OF EUGENE, a municipal corporation,<br><br>      Defendants. | No.  6:18-CV-01640-MK<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FEE PETITION** |

  Plaintiff, by and through counsel, respectfully moves this Court for a two-week extension of time to file a Plaintiff's Response to Defendant's Fee Petition currently due December 19, 2025 in this matter.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
- PAGE 1

Good cause exists for this request. Plaintiff's counsel, Willow Hillman, is scheduled to undergo a medical procedure that requires her unavailability during the relevant period. Additionally, co-counsel Derek Larwick and Keith Reed are currently engaged in trial, which significantly limits their availability to adequately address the pending obligations in this case.

This request is made in good faith and is not sought for purposes of delay, but rather to ensure that Plaintiff's counsel can effectively and competently represent Plaintiff's interests.

Counsel for Defendant has been contacted regarding this request and does not oppose the requested extension. The parties have agreed that the deadline be extended by two (2) weeks.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and extend the hearing by two weeks, or to such other date as the Court deems just and proper.

DATED this 19th day of December 2025.

LAW OFFICE OF WILLOW HILLMAN

*/s/ Willow Hillman*

Willow Hillman, OSB No. 153514
Email: willow@willowhillmanlaw.com
Of Attorneys for Plaintiff

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
- PAGE 2

<h2 style="text-align:center">CERTIFICATE OF SERVICE</h2>

I certify that on this 19th day of December 2025, I served or caused to be served a true and complete copy of the foregoing Plaintiff's Motion for Extension of time on the parties listed below as follows:

__X__ Via CM / ECF Filing
_____ Via First Class Mail, Postage Prepaid
__X__ Via Email
_____ Via Personal Delivery

Ben Miller
Eugene City Attorney's Office
500 East 4th Avenue, Suite 301
Eugene, OR 97401

LAW OFFICE OF WILLOW HILLMAN

_____
Willow Hillman, OSB No. 153514
Email: willow@willowhillmanlaw.com
Of Attorneys for Plaintiff

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
- PAGE 3